[No. 15915-5-II.    Division Two.    June 30, 1994.]

MICHAELS C. BERRY, *Appellant*, v. JAMA LISA HAWK, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 88-3-01108-2, James I. Maddock, J., entered March 20, 1992. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Alexander, J.

[Nos. 15757-8-II; 16081-1-II.    Division Two.    June 30, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN MARTIN KLIEWE, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, No. 90-1-03909-1, D. Gary Steiner, J., entered February 3 and June 2, 1992. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Alexander, J.

[No. 12775-3-III.    Division Three.    June 30, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON D. NOWAK, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 92-8-00098-3, Thomas A. Haven, J. Pro Tem., entered October 14, 1992. *Reversed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 12872-5-III.    Division Three.    June 30, 1994.]

NANCY SHAW, *Appellant*, v. HOUSING AUTHORITY OF THE CITY OF WALLA WALLA, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 91-2-00610-6, Donald W. Schacht, J., entered November 16, 1992. *Reversed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ. Now published at 75 Wn. App. 755.